1  OFFICE OF THE GENERAL COUNSEL
   SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
2  THOMAS C. LEE (SBN 104624)
   VICTORIA R. NUETZEL (SBN 115124)
3  300 Lakeside Drive, 23rd Fl.
   P. O. Box 12688
4  Oakland, California 94604-2688
   Tel:  (510) 464-6034
5  Fax:  (510) 464-6049

6  Attorneys for Defendants San Francisco
   Bay Area Rapid Transit District
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11                                              Case No.  C 10-4316 EMC

12  WESLEY SAMUEL RANDOLPH, III,

13           Plaintiff,
                                                STIPULATION AND ORDER
14           vs.                                GRANTING LEAVE TO FILE
                                                AMENDED COMPLAINT
15  SAN FRANCISCO BAY AREA RAPID
    TRANSIT DISTRICT
16
             Defendant.
17

STIPULATION AND ORDER
RE AMENDED COMPLAINT                    - 1 -
RANDOLPH v. BART CASE No. C10-4316 EMC

62895v1

Defendant San Francisco Bay Area Rapid Transit District, by and through its counsel of record and plaintiff Wesley Randolph, III in pro pria persona, hereby stipulate that plaintiff may file an amended complaint, a true and correct copy of which is attached hereto as Exhibit A.

Dated: April 11, 2011

        OFFICE OF THE GENERAL COUNSEL
        SAN FRANCISCO BAY AREA
        RAPID TRANSIT DISTRICT

By   /S/THOMAS C. LEE
     Thomas C. Lee
     Attorneys for Defendant
     San Francisco Bay Area Rapid Transit District

Dated: April 11, 2011

By   /S/WESLEY RANDOLPH, III
     Wesley Randolph, III
     In Pro Pria Persona

IT IS SO ORDERED that Plaintiff's motion to amend (Docket #22) set for 4/27/11 at 3:00 p.m. is hereby vacated. Plaintiff shall file the Amended Complaint attached hereto as a separate document.

Dated: April 12, 2011

Edward M. Chen
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen

Wesley Samuel Randolph III
2537 East 29th Street
Oakland, CA 94602-1501
(510) 908-8204
E-mail: WesleyRandolphIII@Yahoo.Com

Pro Se

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| Wesley Samuel Randolph III </br> Plaintiff, </br> vs. </br> San Francisco Bay Area Rapid Transit District </br> Defendant | Case No.: CV10 – 4316 EMC </br></br> 2nd </br> - AMENDED - </br></br> Employment Discrimination Complaint |

Item # 1.   Plaintiff, Wesley Samuel Randolph III resides at 2537 East 29th Street, Oakland, CA 94602 – Home Phone # (510) 532-7547 / Cell Phone # (510) 908-8204 / Work Phone # (510) 464-6328

Item # 2.   Defendant, San Francisco Bay Area Rapid Transit District is located at 300 Lakeside Drive, Oakland, CA 94612 – Telephone (510) 464-6000

Item # 3.   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).



**Item # 4.**   The acts complained of in this suit concern:

    a. ☐ Failure to employ me.

    b. ☐ Termination of my employment.

    c. ☒ Failure to promote me.

    d. ☒ Other acts as specified below.

<u>Retaliation for filing a previous employment discrimination complaint (April 2003)</u>

**Item # 5.**   Defendant's conduct is discriminatory with respect to the following:

    a. ☒ My race or color.

    b. ☐ My religion.

    c. ☐ My sex.

    d. ☐ My national origin.

    e. ☐ Other as specified below.

---

**Item # 6.**   The basic facts surrounding my claim of discrimination are:

I am African-American, a member of a protected class; I filed a previous employment discrimination complaint April 2003 with the Equal Employment Opportunity Commission (EEOC No. 376-2003-00229); I applied for and was qualified for Information System Manger-09/06; Senior Electronic and Communications Engineer-07/08; Information Technology Department Manager-03/09 & Information System Manager-12/09 positions at the San Francisco Bay Area Rapid Transit District. I was not promoted because of my race, African-American, despite my credentials, degrees, experience and qualifications. The positions were either filled with persons of similar qualifications who were not members of my protected class or the positions remained open and the District continued to seek applicants having my qualifications after I was rejected. The District has promoted persons outside my class who were not better qualified than me.

1  Item # 7.   The alleged discrimination occurred on or about February 23, 2010

2

3  Item # 8.   I filed charges with the California Department of Fair Employment Housing
4  and the Federal Employment Opportunity Commission regarding defendant's alleged
5  employment discriminatory conduct on or about March 23, 2010.

6

7  Item # 9.   The California Department of Fair Employment and Housing issued a
8  Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about
9  September 21, 2010. The Equal Employment Opportunity Commission issued a Notice-
10 of-Right-to-Sue letter (copy attached), which was received by me on or about October
11 12, 2010.

12

13 Item # 10.  Plaintiff hereby demands a jury for all claims for which a jury permitted.
14           Yes  [X]      NO  [ ]

15

16 Item # 11.  WHEREFORE, plaintiff prays that the Court grant such relief as may be
17 appropriate, including injunctive orders, damages, costs, and attorney fees.

18

19 DATED: April 11, 2011
20                              And
21                              Respectfully Submitted
22                              By
23                              *Wesley S. Randolph III* (signature)
24                              Wesley Samuel Randolph III
                                 Pro Se
25
26
27
28