OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
THOMAS C. LEE (SBN 104624)
VICTORIA R. NUETZEL (SBN 115124)
300 Lakeside Drive, 23rd Floor
Oakland, CA 94612-3534
(510) 464-6023
(510) 464-6049 (Fax)
vnuetze@BART.gov

Attorneys for Defendant
San Francisco Bay Area Rapid Transit District

Wesley Samuel Randolph, III
2537 East 29th Street
Oakland, CA 94602
(510) 908-8204

In Pro Per

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY SAMUEL RANDOLPH, III, <br><br> Plaintiff, <br><br> vs. <br><br> SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT <br><br> Defendant. | Case No.  C 10-4316 EMC <br><br> STIPULATION AND ORDER AFTER SETTLEMENT CONFERENCE <br><br> Date: June 28, 2011 <br> Time: 10:00 <br> Before: Magistrate Judge Maria-Elena James |

1  Plaintiff WESLEY RANDOLPH, III appearing in pro pria persona and the San Francisco Bay
2  Area Rapid Transit District appearing by and through its counsel of record, Thomas C. Lee and its
3  representative RAVI MISRA, having participated in a settlement conference with the Hon. Maria Elena
4  James, now stipulate as follows:
5  The action shall be dismissed without prejudice and each party shall bear his/its own costs and
6  attorneys' fees.

Dated: July 6, 2011

OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

By: _____
Thomas C. Lee
Attorneys for Defendant San Francisco Bay Area Rapid Transit District

Dated: July 6, 2011

By: _____
Wesley S. Randolph III
In Pro Per

IT IS SO ORDERED

Dated: July 8, 2011



IT IS SO ORDERED
Judge Edward M. Chen
United States District Court, Northern District of California